```
          IN THE UNITED STATES DISTRICT COURT FOR THE

                        DISTRICT OF NEBRASKA

LELAND GRASKE and LESLIE       )
GRASKE,                        )
                               )
             Plaintiffs,       )            8:08CV407
                               )
        v.                     )
                               )
AUTO-OWNERS INSURANCE          )            ORDER
COMPANY,                       )
                               )
             Defendant.        )
_____)
```

This matter is before the Court on defendant's motion for leave to file amended answer (Filing No. 19). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted. defendant shall have until March 2, 2009, to file its amended answer.

DATED this 24th day of February, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court