```
              IN THE UNITED STATES DISTRICT COURT FOR THE

                          DISTRICT OF NEBRASKA

LELAND GRASKE and LESLIE      )
GRASKE,                       )
                              )
              Plaintiffs,     )           8:08CV407
                              )
         v.                   )
                              )
AUTO-OWNERS INSURANCE         )           ORDER
COMPANY,                      )
                              )
              Defendant.      )
_____)
```

This matter is before the Court after a phone conference with the parties held on May 18, 2009, to resolve pending motions in this matter. Pursuant to discussions had during the conference,

IT IS ORDERED:

1) Defendant's motion for leave to serve interrogatories in excess of the numerical limit (Filing No. 23) is granted. The Court will waive the numerical limit as to interrogatories served on the plaintiffs on February 11, 2009. The Court will reserve ruling on any additional objections plaintiffs have to the interrogatories.

2) Defendant's motion to issue a subpoena duces tecum on Silverstone Group (Filing No. 26) is granted. Ruling on all objections, whether by plaintiffs or Silverstone, is reserved.

     3) Plaintiffs' and defendant's joint motion to extend progression order deadlines (Filing No. 34) is granted. An amended final progression order will be entered accordingly.

     DATED this 18th day of May, 2009.

                        BY THE COURT:

                        /s/ Lyle E. Strom  
                        _____  
                        LYLE E. STROM, Senior Judge  
                        United States District Court