IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LELAND GRASKE, | ) | Case No. 8:08cv407 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | **ORDER** |
| AUTO-OWNERS INSURANCE, | ) ) | |
| Defendant. | ) | |

Upon notice of settlement through mediation, given to the magistrate judge by Daniel Chesire, counsel for Defendant,

**IT IS ORDERED:**

1. On or before **June 21, 2010,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Senior Judge Lyle E. Strom at strom@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The pretrial conference set for June 1, 2010 before the undersigned, is cancelled upon the representation that this case is settled.

Dated this 20th day of May 2010.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge